UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| RALPH TAYLOR, | ) |
| Plaintiff/Movant, | ) |
| vs. | ) |
| | ) 1:07-cv-727-RLY-WTL |
| JOHN DANIEL TINDER, | ) |
| Respondent. | ) |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 7/12/07

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Ralph Taylor, Reg. No. 31628-048, Federal Correctional Institution, P.O. Box 6001,
    Ashland, KY   41105-6001
United States Attorney, 10 West Market Street, Suite 2100, Indianapolis, IN 46204